# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT FEIN,** | : | |
| | : | |
| **Plaintiff,** | : | |
| **v.** | : | **3:24-CV-441** |
| | : | **(JUDGE MARIANI)** |
| **MEDIANEWS GROUP** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW, THIS 1ST DAY OF OCTOBER 2026**, upon consideration of Defendant's Motion for Summary Judgment (Doc. 28) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion for Summary Judgment (Doc. 28) is **GRANTED**;
2. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of Defendant and against Plaintiff on all counts of Plaintiff's Complaint (Doc. 1);
3. The Clerk of Court is directed to **CLOSE THIS CASE**.

Robert D. Mariani
United States District Judge